IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REAL MEX RESTAURANTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 11-_____ (___)<br><br>(Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtors' creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. *See* 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 1 | Wilmington Trust, National Association, As Administrative Agent to the Opco Unsecured Loan<br>520 Madison Ave, 33rd Floor<br>New York, NY 10022 | Wilmington Trust, National Association, As Administrative Agent to the Opco Unsecured Loan<br>520 Madison Ave, 33rd Floor<br>New York, NY 10022<br>Phone: (212) 415-0522<br>Fax: (212) 415-0513 | Unsecured Loan | Unliquidated | $34,590,113.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' federal tax identification numbers, are: Real Mex Restaurants, Inc. (2902); RM Restaurant Holding Corp. (2217); Acapulco Mark Corp. (3570); Acapulco Restaurant of Downey, Inc. (2910); Acapulco Restaurant of Moreno Valley, Inc. (4606); Acapulco Restaurant of Ventura, Inc. (3626); Acapulco Restaurant of Westwood, Inc. (1162); Acapulco Restaurants, Inc. (4897); ALA Design, Inc. (8584); Chevys Restaurants, LLC (2992); CKR Acquisition Corp. (8287); El Paso Cantina, Inc. (0112); El Torito Franchising Company (2754); El Torito Restaurants, Inc. (7059); Murray Pacific (1596); Real Mex Foods, Inc. (8585); and TARV, Inc. (8081). The Debtors' headquarters and mailing address is: 5660 Katella Avenue, Suite 100, Cypress, CA 90630.

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 2 | Blue Cross Of California 21555 Oxnard Street Anthem Blue Cross Woodland Hills, CA 93167 | Blue Cross Of California 21555 Oxnard Street Anthem Blue Cross Woodland Hills, CA 93167 Phone: (805) 557-6655 Fax: (805) 557-6872 | Trade Payable | Unliquidated | $1,143,019.47 |
| 3 | ChasePaymentech Solutions, LLC PO Box 809001 Dallas, TX 75380-9001 | ChasePaymentech Solutions, LLC PO Box 809001 Dallas, TX 75380-9001 Phone: (800) 934-7717 Fax: (214) 849-3645 | Trade Payable | | $473,345.00 |
| 4 | Dutch Quality House 3585 Atlanta Avenue Lock Box 945947 Wayne Farms LLC Hapeville, GA 30354 | Dutch Quality House 3585 Atlanta Avenue Lock Box 945947 Wayne Farms LLC Hapeville, GA 30354 Phone: (404) 534-2294 Fax: 678) 450-3186 | Trade Payable | Unliquidated | $457,878.00 |
| 5 | Tri City Linen Supply Co 4459 Brockton Avenue Riverside, CA 92501 | Tri City Linen Supply Co 4459 Brockton Avenue Riverside, CA 92501 Phone: (909) 276-2511 Fax: (951) 369-1005 | Trade Payable | | $276,854.73 |
| 6 | Stratas Foods, LLC P.O. Box 66903 St Louis, MO 63166-6903 | Stratas Foods, LLC P.O. Box 66903 St Louis, MO 63166-6903 Phone: (217) 451-6928 Fax: (800) 358-2473 | Trade Payable | Unliquidated | $263,643.42 |
| 7 | M&M West Coast Produce 201 Monterey-Salinas Hwy, Suite B Salinas, CA 93900 | M&M West Coast Produce 201 Monterey-Salinas Hwy, Suite B Salinas, CA 93900 Phone: (831) 998-7372 Fax: (831) 998-8434 | Trade Payable | Unliquidated | $254,038.00 |
| 8 | Youngs Market Co P.O. Box 30145 Los Angeles, CA 90030-0145 | Youngs Market Co P.O. Box 30145 Los Angeles, CA 90030-0145 Phone: (800) 456-4569 Fax: (714) 368-6423 | Trade Payable | Unliquidated | $242,177.00 |
| 9 | Winona Foods, Inc. Dept 5375 | Winona Foods, Inc. Dept 5375 | Trade Payable | | $235,326.24 |

#4811-2081-9722
DOCS_DE:173645.1 73521-001

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| | P.O. Box 3090 Milwaukee, WI 53201-1454 | P.O. Box 3090 Milwaukee, WI 53201-1454 Phone: (920) 662-2184 Fax: (920) 662-2195 | | | |
| 10 | Cal Fresco, LLC 6830 Artesia Blvd Buena Park, CA 90620 | Cal Fresco, LLC 6830 Artesia Blvd Buena Park, CA 90620 Phone: (714) 690-7700 Fax: (714) 690-7718 | Trade Payable | Unliquidated | $194,618.65 |
| 11 | Southern Cal Edison Co P.O. Box 300 Rosemead, CA 91772-0001 | Southern Cal Edison Co P.O. Box 300 Rosemead, CA 91772-0001 Phone: (909) 394-8926 Fax: (626) 633-3243 | Trade Payable | | $188,383.09 |
| 12 | Southern Wines & Spirits P.O. Box 60339 Los Angeles, CA 90060-0339 | Southern Wines & Spirits P.O. Box 60339 Los Angeles, CA 90060-0339 Phone: (800) 282-4797 Fax: (562) 404-1560 | Trade Payable | | $176,642.86 |
| 13 | Romas R Us P.O.Box 21489 Los Angeles, CA 90021 | Romas R Us P.O.Box 21489 Los Angeles, CA 90021 Phone: (213) 280-8661 Fax: (323) 267-0902 | Trade Payable | Unliquidated | $154,023.20 |
| 14 | Ryder Truck Rental Inc. File #56347 Los Angeles, CA 90074-6723 | Ryder Truck Rental Inc. File #56347 Los Angeles, CA 90074-6723 Phone: (213) 337-1892 Fax: (561) 443-3520 | Trade Payable | | $153,413.93 |
| 15 | Rockview Dairies, Inc. P. O. Box 668 Downey, CA 90241 | Rockview Dairies, Inc. P. O. Box 668 Downey, CA 90241 Phone: (562) 927-5511 Fax: (562) 928-9866 | Trade Payable | Unliquidated | $141,387.40 |
| 16 | Frank-Lin Distillers Products 650 Lenfest Road San Jose, CA 95133 | Frank-Lin Distillers Products 650 Lenfest Road San Jose, CA 95133 Phone: (800) 922-9363 Fax: (707) 437-7615 | Trade Payable | Unliquidated | $134,772.00 |
| 17 | Mi Rancho 425 Hester Street Berber Food | Mi Rancho 425 Hester Street Berber Food Manuf., Inc. | Trade Payable | Unliquidated | $111,580.68 |

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| | Manuf., Inc.<br>San Leandro, CA 94577 | San Leandro, CA 94577<br>Phone: (510) 553-0444<br>Fax: (510) 553-0433 | | | |
| 18 | U.S. Foodservice, Inc.<br>3682 Collections Center Drive<br>Chicago, IL 60693 | U.S. Foodservice, Inc.<br>3682 Collections Center Drive<br>Chicago, IL 60693<br>Phone: (800) 451-6638<br>Fax: (847) 720-8099 | Trade Payable | | $103,345.36 |
| 19 | World Exteriors, Inc<br>6712 Preston Avenue, Suite A<br>Livermore, CA 94551 | World Exteriors, Inc<br>6712 Preston Avenue, Suite A<br>Livermore, CA 94551<br>Phone: (800) 814-5448<br>Fax: (877) 814-5448 | Trade Payable | | $93,000.00 |
| 20 | Marquez Brothers<br>15480 Valley Blvd.<br>City of Industry, CA 91746-3325 | Marquez Brothers<br>15480 Valley Blvd.<br>City of Industry, CA 91746-3325<br>Phone: (626) 330-3310<br>Fax: (626) 330-1667 | Trade Payable | Unliquidated | $81,713.31 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REAL MEX RESTAURANTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 11-_____ (___)<br><br>(Joint Administration Requested) |

## CERTIFICATION OF THE CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The debtors and debtors in possession (the "Debtors") in the above-captioned case hereby certify under penalty of perjury that the *Consolidated List of Creditors Holding 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtors' knowledge correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' federal tax identification numbers, are: Real Mex Restaurants, Inc. (2902); RM Restaurant Holding Corp. (2217); Acapulco Mark Corp. (3570); Acapulco Restaurant of Downey, Inc. (2910); Acapulco Restaurant of Moreno Valley, Inc. (4606); Acapulco Restaurant of Ventura, Inc. (3626); Acapulco Restaurant of Westwood, Inc. (1162); Acapulco Restaurants, Inc. (4897); ALA Design, Inc. (8584); Chevys Restaurants, LLC (2992); CKR Acquisition Corp. (8287); El Paso Cantina, Inc. (0112); El Torito Franchising Company (2754); El Torito Restaurants, Inc. (7059); Murray Pacific (1596); Real Mex Foods, Inc. (8585); and Tarv Incorporated (8081). The Debtors' headquarters and mailing address is: 5660 Katella Avenue, Cypress, CA 90630.

#4840-3789-2618

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/4, 2011

*[signature]*
Richard P. Dutkiewicz
Chief Financial Officer and
Executive Vice President
Real Mex Restaurants, Inc.

#4849-4346-9066