# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REAL MEX RESTAURANTS, INC., a Delaware corporation,<br>    Debtor. | Chapter 11<br>Case No. 11-13122 (BLS) |
| In re:<br>RM RESTAURANT HOLDING CORP., a Delaware corporation,<br>    Debtor. | Chapter 11<br>Case No. 11-13123 (BLS) |
| In re:<br>ACAPULCO MARK CORP., a Delaware corporation,<br>    Debtor. | Chapter 11<br>Case No. 11-13124 (BLS) |
| In re:<br>ACAPULCO RESTAURANT OF DOWNEY, INC., a California corporation,<br>    Debtor. | Chapter 11<br>Case No. 11-13125 (BLS) |
| In re:<br>ACAPULCO RESTAURANT OF MORENO VALLEY, INC., a California corporation,<br>    Debtor. | Chapter 11<br>Case No. 11-13126 (BLS) |
| In re:<br>ACAPULCO RESTAURANT OF VENTURA, INC., a California corporation,<br>    Debtor. | Chapter 11<br>Case No. 11-13127 (BLS) |
| In re:<br>ACAPULCO RESTAURANT OF WESTWOOD, INC., a California corporation,<br>    Debtor. | Chapter 11<br>Case No. 11-13129 (BLS) |

DOCS_DE:173633.2 73521-001

| | |
|---|---|
| In re:<br>ACAPULCO RESTAURANTS, INC., a Delaware corporation,<br>    Debtor. | Chapter 11<br><br>Case No. 11-13130 (BLS) |
| In re:<br>ALA DESIGN, INC., a California corporation,<br>    Debtor. | Chapter 11<br><br>Case No. 11-13132 (BLS) |
| In re:<br>CHEVYS RESTAURANTS, LLC, a Delaware limited liability company<br>    Debtor. | Chapter 11<br><br>Case No. 11-13128 (BLS) |
| In re:<br>CKR ACQUISITION CORP., a Delaware corporation,<br>    Debtor. | Chapter 11<br><br>Case No. 11-13131 (BLS) |
| In re:<br>EL PASO CANTINA, INC., a California corporation,<br>    Debtor. | Chapter 11<br><br>Case No. 11-13133 (BLS) |
| In re:<br>EL TORITO FRANCHISING COMPANY, a Delaware corporation,<br>    Debtor. | Chapter 11<br><br>Case No. 11-13134 (BLS) |
| In re:<br>EL TORITO RESTAURANTS, INC., a Delaware corporation,<br>    Debtor. | Chapter 11<br><br>Case No. 11-13135 (BLS) |
| In re:<br>MURRAY PACIFIC, a California corporation,<br>    Debtor. | Chapter 11<br><br>Case No. 11-13136 (BLS) |

| | |
|---|---|
| In re:<br><br>REAL MEX FOODS, INC., a California corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-13137 (BLS) |
| In re:<br><br>TARV, Inc., a California corporation,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 11-13138 (BLS)<br><br>Related Docket No. 2 |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order directing joint administration of the Debtors' chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedures and Local Rule 1015-1; and upon review of the Dutkiewicz Declaration; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon the arguments of counsel; and after due deliberation and sufficient cause appearing therefor:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' federal tax identification numbers, are: Real Mex Restaurants, Inc. (2902); RM Restaurant Holding Corp. (2217); Acapulco Mark Corp. (3570); Acapulco Restaurant of Downey, Inc. (2910); Acapulco Restaurant of Moreno Valley, Inc. (4606); Acapulco Restaurant of Ventura, Inc. (3626); Acapulco Restaurant of Westwood, Inc. (1162); Acapulco Restaurants, Inc. (4897); ALA Design, Inc. (8584); Chevys Restaurants, LLC (2992); CKR Acquisition Corp. (8287); El Paso Cantina, Inc. (0112); El Torito Franchising Company (2754); El Torito Restaurants, Inc. (7059); Murray Pacific (1596); Real Mex Foods, Inc. (8585); and TARV, Inc. (8081). The Debtors' headquarters and mailing address is: 5660 Katella Avenue, Suite 100, Cypress, CA 90630.

[2] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

3

**IT HEREBY IS ORDERED THAT**:

1. The Motion is GRANTED.

2. The Debtors' chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under a single case number and caption.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective estates.

4. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| REAL MEX RESTAURANTS, INC., *et al.*, | ) Case No. 11-13122( BLS) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' federal tax identification numbers, are: Real Mex Restaurants, Inc. (2902); RM Restaurant Holding Corp. (2217); Acapulco Mark Corp. (3570); Acapulco Restaurant of Downey, Inc. (2910); Acapulco Restaurant of Moreno Valley, Inc. (4606); Acapulco Restaurant of Ventura, Inc. (3626); Acapulco Restaurant of Westwood, Inc. (1162); Acapulco Restaurants, Inc. (4897); ALA Design, Inc. (8584); Chevys Restaurants, LLC (2992); CKR Acquisition Corp. (8287); El Paso Cantina, Inc. (0112); El Torito Franchising Company (2754); El Torito Restaurants, Inc. (7059); Murray Pacific (1596); Real Mex Foods, Inc. (8585); and TARV, Inc. (8081). The Debtors' headquarters and mailing address is: 5660 Katella Avenue, Suite 100, Cypress, CA 90630.

5. The following docket entry shall be made in each of the Debtors' cases:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below. The docket in case no. 11-13122 should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order: In re Real Mex Restaurants, Inc., Case No. 11-13122, In re RM Restaurant Holding Corp., Case No. 11-13123; In re Acapulco Mark Corp., Case No. 11-13124; In re Acapulco Restaurant of Downey, Inc., Case No. 11-

13125; In re Acapulco Restaurant of Moreno Valley, Inc., Case No. 11-13126; In re Acapulco Restaurant of Ventura, Inc., Case No. 11-13127; In re Acapulco Restaurant of Westwood, Inc., Case No. 11-13129; In re Acapulco Restaurants, Inc., Case No. 11-13130; In re ALA Design, Inc., Case No. 11-13132; In re Chevys Restaurants, LLC, Case No. 11-13128; In re CKR Acquisition Corp., Case No. 11-13131; In re El Paso Cantina, Inc., Case No. 11-13133 In re El Torito Franchising Company, Case No. 11-13134; In re El Torito Restaurants, Inc., Case No. 11-13135; In re Murray Pacific, Case No. 11-13136; In re Real Mex Foods, Inc., Case No. 11-13137; and In re TARV, Inc., Case No. 11-13138.

6. A combined service list be shall be used for the jointly administered cases, and combined notices shall be sent to creditors and other parties in interest.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: Oct 5, 2011

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

DOCS_DE:173633.2 73521-001